UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1661(JMR/FLN)

Stephen Richardson )
)
v. ) ORDER
)
The Rose Law Firm, et al. )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: July 29th, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUL 30 2002
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______